**Order entered March 15, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00755-CR
No. 05-18-00756-CR
No. 05-18-00757-CR
No. 05-18-00758-CR

**KAMERON HALL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause Nos. F16-35022-H, F16-35023-H, F16-35024-H & F16-35025-H**

## ORDER

On January 15, 2019, we ordered court reporter Karren Jones to file the State's Exhibit 81, a DVD offered and admitted at trial, by January 25, 2019. To date, Ms. Jones has not filed the supplemental reporter's record with the State's Exhibit 81.

We **ORDER** court reporter Karren Jones to file a supplemental reporter's record containing a true and correct playable copy of the State's Exhibit 81, a DVD offered and admitted at trial, by March 22, 2019. If she fails to do so, the Court will take whatever action necessary to ensure compliance, including ordering Ms. Jones not to sit until she complies with this Court's order.

We **DIRECT** the Clerk to send copies of this order to the Honorable Tina Yoo Clinton, Presiding Judge, Criminal District Court No. 1; Karren Jones, Official Court Reporter, Auxiliary Court #1; and counsel for all parties.


/s/     LANA MYERS
JUSTICE